Karal Hasani Efia Battle El
2985 Euclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

FILED
08 FEB 26 PM 12: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

    Plaintiff in pro se,

vs

Thomas Hoban
Hoban Management Inc.
215 West Lexington
El Cajon, CA. 92020

    Defendant(s) et, al.

Case '08 CV 0364 H CAB

Judge: _____

CIVIL COMPLAINT AND COMPLAINT FOR INJUNCTIVE RELIEF UNDER 42 U.S.C. § 1983, 18 U.S.C. §245, AND 42 U.S.C. §2000 ET SEQ.

Plaintiff alleges:

    Breach of Contract, Tenant Discrimination, and harassment by past and present Managers of Euclid Oaks Appartments of Hoban Management Inc. Defendants are liable under 42 U.S.C. § 3610, U.S. v Gorman Towers Apartments, W.D. Ark. 857 F. Supp. 1335 (1994).

1  The Plaintiff received said appartment under <u>section 8</u>,
2  in <u>2003</u>, because he is 50% non-service connected disabled and
3  has maintained said same appartment todate.
4  On <u>10/09/07</u>, this action occurred when Plaintiff mailed
5  letters to the " <u>Fair Employment & Housing, San Diego Housing</u>
6  <u>Commission</u> and to <u>Mr. Hoban</u> <u>respectfully</u>.
7  The letter in question alleged that Housing Manager Joseph:
8  1. " Unilization of certain facilities such as the basketball
       court, laundry room, and a dry garage when it rains, along
9      with freedom from verbal abuse from the appartment manager
       ispart of my rent agreement, and touches on violations of
10     both State and U.S. Constitutional Amendments, to say the
       lest. "
11
12 2. " Manager Joseph has continuously stopped me, after working
       hours, for no reason but to tell me he is going to fix the
13     basketball goal, only not ever doing it, for almost a year.
       I've requested him to stop harassing me with his game of
14     intent to deceive (lies)."
15 3. " Manager Joseph has continouosly altered the time availi-
       bility to use the laundry room. The last alteration of time
16     was 9am-9pm, but he never abides by his altered time
       (schedule) - (restrictions). "
17
18 4. " I reported a tree growing into the garage that I rent and
       it caused the garage to leak water when it rains and as usual
19     approched my again, with yet another great idea for lanudry
       room time restrictions and I simply informed him that I did
20     n'twant to hear any more of his lie games as an appartment
       Manager".
21
22  By Letter dated <u>11/27/2006</u>, Defendants informed Plaintiff
23  that as of <u>01//01/07</u>, there would be an increase in rent due to
24  insurance and <u>overall operating cost.</u>
25  When the Plaintiff pointed out his year of lies to fact and
26  that my rent was increased for that cause Plaintiff was told more

1  than once " shut up and go back to your unit."
2      Plaintiff alleges said actions constitute a Breach of Contract
3  in that it was a failure to perform an agreed-upon act, such as
4  an increase in rent for insurance and overall operating cost.
5      Said letters were completely ignored by the Fair
6  Employment & Housing of San Diego, The San Diego Housing Commis-
7  sion, of San Diego and of course Mr. Thomas Hoban. Plaintiff
8  cites: 42 U.S.C. §3610, in that no acknowledgment from the above
9  is no administrative enforcement availible under said section.
10     On 02/04/08, Plaintiff received an unsigned notice dated
11 02/01/08, from Hoban Management Inc. stating: " as you do not
12 have an On-Site Manager, please either mail or bring your rent
13 check to our Main Office located at 215 W. Lexington Ave., El
14 Cajon, further stated must be received by 02/05/08. This was
15 Plaintiff's first indication of Manager Joseph"s hasty exit.
16     However, on 01/24/08, Plaintiff received " three day notice
17 to pay rent or surrender possession " for unpaid $50.00, due for
18 01/08. It seems Manager Joseph's computer input doesn't patch
19 original rent receipts. When obtained a " Tenant ledger " it
20 was discovred (3) three false reductions of $50.00, each made
21 by Manager's hand on data input. ( due to garage leak...)
22     Now Plaintiff receives an unsigned noticed as usual, taped
23 to front door, dated: 02/07/08, stating that as of 02/11/08,
24 a new resident Manager will be Sarita Rivers.
25     On 02/12/08 at approximatly 17:00, Ms. Yvonne Aladma, was
26 in said parking lot, where she claimed no knowledge of grivences

1  allleged in the 10/09/07, letters to aforesaid Housing
2  aurthorities, but her behavior was rude and uncaring towards
3  Plaintiff.
4      On 02/15/08, at 14:05, it was a knock on Plaintiff's door
5  and when it was answered (no one knocks on Plaintiff's door )
6  it was some strange guy with a football and other people I
7  never saw before that day. I closed the door than opened it again
8  to review and notice the New Managament in the parking lot, so
9  I asked were those people your people, and she got real smart
10 with her answer, where I immediately called (619) 442-1665,
11 in informed them that the new Management just allowed total
12 strangers to walk past them then lie and say that they didn't
13 see any one... what the hell?  We have security gates/doors.
14     14:15, Yvonne showed up and talk to New Management and
15 left around 14:35, yet didn't say another word to me, while
16 standing there looking at both of them looking at me.
17     On 02/14/08, Plaintiff mailed a certified letter  by U.S.
18 mail, return receipt requested, No: 7004 2510 0007 5557 7131,
19 addressed to:      Fair Employment & Housing
                     11350 Front St. Suite 3005
20                   San Diego, CA. 92102
21
22 Said letter stated in part:
23      " 02/13/08., subject: letter dated 10/09/07,
         alleging breach of contract, and harassment by
24       housing manager Joseph, of Euclid Oaks Appartments.
25       ... I mailed you a copy of said letter dated 10/
         09/07, with copies also mailed to the following..
26

However, I've not received a written response. I received numourous taped unsigned notices on my door, demands to deliver rent payments without regard to stress, undo time, cost, effort, danger that continue, even down to the fact that I now must mail this information by certified mail, including copies of prior correspondenses just as proof that your all received this complaint.

... not to mention an unfinished construction project/site at my door, concerning a stair with dangerously exposed metal and tar like substance for it seems months and it looks very unstable because it has a big split the full lenth of the beam from top to bottom, and by being bear so long it has started to grow fungus...

... thank you now I need some form of a written acknowledgement of these complaints letters from you who received this document by certified mail returen receipt requested..

On 02/20/08, at 12:20 Plaintiff discovered that someone had changed the lock to the front gate, which is the one and only enterence to this appartment complex.

I've had a pass key since 12/12/03, a key to the gate that couldn't be duplicated/copied, without giving me a new key or code to access the appartment complex.

After disagreement about security issues with New Management they change locks, don't inform, don't issue new keys, say there will be none only a code made availible to everyone by taped notice on doors stating in big letters new code is 3500, no more keys.

1  Plaintiff received a letter dated 02/20/08, signed Cathy
2  Ketchum, property supervisor, for Hoban Management stating in
3  part that " ... recently it was brought to my attention that
4  you displayed rude, foul and threatening behavior towards your
5  onsite manager... you have rudely refused to cooperate with
6  these request...any further episodes will result in a notice to
7  vacate your apartment.
8      Plaintiff cites 42 U.S.C. §2000 ET SEQ. CIVIL RITHTS ACT
9  OF 1964, for harassment. and 42 U.S.C. §1983, AND 18 U.S.C. §
10 245, in support of discrimination allegations. For emotional
11 distress support Plaintiff cites: 42 U.S.C. §3602 (h) (1)(2) and
12 (3), in addition (i)(2) for discrimination about to occur.
13     In addition Plaintiff received taped to door notice dated
14 02/21/08, from Hoban Management but still unsigned and stated
15 " the vehicle gate will now need a remote opener to enter.
16 You may obtain these openers from Sarita.  There is a $25.00
17 deposit required one each opener ...and your second parking space
18 which was free now will cost you $20.00 begaining in 30 days.
19
20                    INJUNCTION RELIEF
21
22     New management has completely destroyed the fully
23 functional, satisified, proven, security system in place for
24 Plaintiff since 12/12/03, arbitrarily, with Defendant's
25 knowledge and encouragement. Therefore, Plaintiff seeks
26 injunctive relief for discrimination and harassment, due to

1  suffering from destruction of original security system by new
2  Management coupled with continuous infringment of full enjoy-
3  ment of all presented upon agreements in 12/12/03, Plaintiff
4  cites: 42 U.S.C. §3601, 3613, 3617, espicially concerning pre-
5  eviction ( taped to the door notice ) based on complete and
6  total falsehoods ( false entry or statement of fact in any
7  report, account, record, or other document produced...)
8      Wherein Plaintiff request Preliminary Injunctive Relief
9  pursuant to 42 U.S.C. §3613, Shapior v Cadman Towers, Inc.
10 E.D.N.Y.,844 F. Supp. 116., A.P.F. 51 F.3d 328, 148 A.L.R.
11 Fed 709 (1994).

### RELIEF REQUESTED

Plaintiff    PRAYS    this    Court:

1. Award Plaintiff his costs and reasonable Attorney fees incurred in this action.

2. Grant such other relief as the Court may deem just and propoer.

Respectfully submitted,

Faral Hasan Efia Battle-El
2985 Euclid Ave #22
San diego, CA.    92105
(619) 992-7811

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KARABLLE BATTLE EL
2985 EUCLID AVE #22
SAN DIEGO CA 92105

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
ABBW MANAGEMENT INC
215 WEST LEXINGTON
EL CAJON CA

FILED
08 FEB 26 PM 12:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ CP

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 0364 H CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 3601, 3610, 1983, 2000, 18 USC 245
Brief description of cause:
BREACH OF CONTRACT / FRAUD / DISCRIMINATION / HARASSMENT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 02/26/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

CR