```
                                              FILED
                                          08 FEB 26 PM 12: 16
1  Karal Hasani Efai Battle-El            CLERK, U.S. DISTRICT COURT
   2985 Euclid Ave. #22                   SOUTHERN DISTRICT OF CALIFORNIA
2  San Diego, CA    92105
   (619) 993-7811                         BY:  ___      DEPUTY
3
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff in pro se,<br><br>vs<br><br>Thomas Hoban<br>Hoban Management Inc.<br>215 West Lexington<br>El Cajon, CA. 92020<br><br>Defendant(s) et, al. | '08 CV 0364 H CAB<br><br>Case: _____<br><br>Judge: _____<br><br>MOTION AND DECLARATION<br>UNDER PENALTY OF PERJURY<br>IN SUPPORT OF MOTION TO<br>PROCEED IN FORMA PAUPERIS |

I KARAL HASANI EFIA BATTLE-EL, declare that I am the Plaintiff in this action, In support of my request to proceed without prepayment of fees or security under 28 U.S.C. §1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I am

unable to pay the fees of this proceeding or give security because of my poverty, and that I am entitled to redress.

IN FURTHER SUPPORT OF THIS APPLICATION, I STATE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. That I have been unemployed since 01/24/07.

2. Merit Transportation is name of last employer and gross wages for 2006, was $35,234.00.

3. In the past twelve months I've received no monies other than unemployment insurance which was about $1,096.00, per month and stopped as of 08/07.

4. I do not have any checking accounts.

5. I do not have any saving/IRA/money/market/CDS" separate from checking accounts.

6. I own a 1993 chevy station wagon, worth about $1,600.00.

7. I do not own any real estate, stocks, bonds, securities, or any other valuable property.

8. Persons who are dependent on me for support are a three year old son and a year and a half old daughter.

9. Other debts and current obligation are:

    a. Son's child support amount of $419.00 per month.

    b. I.SR.S. in the amount of $1,400.00.

    c. Veteran's Administration for disability pension in the amount of $2,267.00.

    d. rent for appartment is $825.00 per month.

    e. insurance of station wagon is $199.00, per three months.

10. I do not have any other assets of items of value ( specify

1. real estate, gifts, trusts inheritances, government bonds stocks, savings certificates, notes, artwork, or any other assets, (including any items of value held in someone eles's name). I was a homeless veteran seven years ago.

11. My daughter's Mother Ms. Michelle Yvette Williams is helping hold down the fort while I seek redress in the Courts.

12. On 01/08/08, Plaintiff received written declaration of reverification of disabililty, from the La Jolla, V.A. Medical Center, stating Plaintiff is unable and cannot work.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND UNDERSTAND THAT A FALSE STATEMENT HEREIN MAY RESULT IN THE DISMISSAL OF MY CLAIMS.

Respectfully submitted,

*[signature]*

Plaintiff in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

Dated: 02/26/08