# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>　　　　　Plaintiff,<br>vs.<br><br>THOMAS HOBAN; HOBAN MANAGEMENT, INC.,<br><br>　　　　　Defendants. | CASE NO. 08-CV-364 H (CAB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |

On February 26, 2008, plaintiff Karal Hasani Efia Battle-El ("Plaintiff") filed a complaint for breach of contract, tenant discrimination and harassment against defendants Thomas Hoban and Hoban Management, Inc. (Doc. No. 1.) Plaintiff has filed a motion for leave to proceed in forma pauperis. (Doc. No. 2.)

A court may authorize the commencement of a lawsuit without payment of the required filing fee if the plaintiff submits an affidavit demonstrating the plaintiff's inability to pay the filing fee. See 28 U.S.C. § 1915(a). Such affidavit must include a complete statement of the plaintiff's assets. The Court has reviewed the declaration submitted by Plaintiff, see Doc. No. 2, and concludes that Plaintiff has established that he is unable to pay the filing fee.

///

1  Accordingly, the Court grants Plaintiff's motion to proceed in forma pauperis.
2  IT IS SO ORDERED.
3  DATED: February 28, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT