```
 1  Karal Hasani Efia Battle El                    FILED
    2985 Euclid Ave. #22
 2  San Diego, CA.  92105                      08 APR -9 AM 8:50
    (619) 993-7811
 3                                            CLERK U.S. DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA
 4
                                                            DEPUTY
 5                                              NUNC PRO TUNC
 6                                                APR 07 2008
 7
 8              UNITED STATES DISTRICT COURT
 9             SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  Karal Hasani Efia Battle-El
    2985 Euclid Ave. #22
13  San Diego, CA.   92105        Case No.:  08-CV-364 H CAB
14       Plaintiff, in pro se.    File Date: 02/26/08
15            -vs-                Judge: Marilyn L. Huff
16  Thomas Hoban
    Hoban management Inc.
17  215 West Lexington            MOTION FOR COURT TO EFFECT
    El Cajon. CA.   92020         SERVICE OF SUMMONS BY U.S.
18                                MARSHAL UNDER 28 U.S.C.
         Defendant(s) et.,al.     §1915(c), AND RULE 4, FRCP.
19
20       TO THIS HONORABLE COURT:

21  NOW COMES, Plaintiff in pro se, and MOVES this Honorable

22  Court to Grant this a Motion for this Court to effect service

23  of Summons upon Defendants herein named. And in support of said

24  Motion states the following:

25       (1). That said entitled Civil Action was filed on
              02/26/08.
26       (2). That Plaintiff was granted leave to proceed in
```

forma pauperis,(IFP), under 28 U.S.C. §1915. By that Court Order, Plaintiff should have been sent an " IFP Packet ". This Court has not effected service of summons upon the Defendants.

(3). That Plaintiff did send said Defendants a copy of the original complaint with (2) copies each of a " Notice of Lawsuit and request for waiver of service of summons " and a " waiver of service of summons " to sign and return to the Plaintiff. Planitiff sent said documents by certified mail return receipt requested. Defendants have know intentions of signing and returning said " waiver of service of summons ".

(4). That Plaintiff's original complaint alleges injunctive relief for continued discrimiation and harassment, and cited 42 U.S.C. §3602 (h) (1)(2) and (3), in addition (i) (2) for continued emotional distress.

(5). That Plaintiff has been served a full eviction notice in retaliation to this filed Civil Action. And, as stated in Plaintiff's original Complaint, there is a request for a preliminary Injunction pursuant to 42 U.S.C. §3613.

WHEREFORE, Plaintiff Prays this Honorable Court grant the above entitled Motion to send Marshal 285 forms pursuant to 28 U.S.C. §1915(c) and Rule 4, FRCP.

Respectfully Submitted

Plaintiff, in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

date: 03/07 08