```
 1   Karal Hasani Efia Battle_El                    FILED
     2985 Euclid Ave. #22
 2   San Diego, CA.      92105                   08 APR -9 AM 8:50
     (619) 993-7811
 3                                             CLERK U.S. DISTRICT COURT
                                             SOUTHERN DISTRICT OF CALIFORNIA
 4
                                                              DEPUTY
 5                                              NUNC PRO TUNC
 6                                                APR 07 2008
 7
 8
                   UNITED STATES DISTRICT COURT
 9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11

12   Karal Hasani Efia Battle-El          Case No: 08-CV-0364 H CAB
     2985 Euclid Ave. #22
13   San Diego,  CA. 92105                File date: 02/26/08

14         Plaintiff, in pro se.          Judge: Marilyn L. Huff

15              -vs-                      NOTICE OF MOTION, MOTION
                                          FOR COURT TO EFFECT SERVICE
16   Thomas Hoban                         (MARSHAL 285 FORMS) OF SUM-
     Hoban Management Inc.                MONS BY U.S. MARSHAL UNDER
17   215 West Lexington                   28 U.S.C. §1915(c) and Rule
     El Cajon, CA. 92020                  4, FRCP, AND MEMORANDUM OF
18                                        POINTS AND AUTHORITIES.
           Defendant(s) et., al.
19

20

21         TO THIS HONORABLE COURT:

22   PLEASE TAKE NOTICE, The above entitled cause should be heard

23   by said Court or as soon as thereafter as the Court deems just

24   the following Motion for Court to effect service of summons by

25   United States  Marshal. And in support of said Motion makes the

26   following points of authorities:
```

## MEMORANDUM OF POINTS AND AUTHORTIES

Under Rule 4 F.R.C.P., this Court is empowered to direct the Marshal to serve the summons whenever the Court finds it required. The United States Marshal can be called on to serve the summons when the Plaintiff has been authorized to proceed in forma pauperis pursuant to 28 U.S.C. §1915.

Plaintiff, Karal Hasani Efia Battle-El, is a pro se litigant, and granted forma pauperis on 02/28/08, by that order Plaintiff should have been sent an " IFP Packet" However, this Court did not include the order for U.S. Marshal forms 285, hence.

Rule 4 F.R.C.P., required the Defendants in this case to avoid unnecessary costs of service of summons by signing and returning said " Waiver of Service of Summons ", Defendants have know intentions of signing and returning said waiver to Plaintiff. F.R.C.P. 4,. (d), and (2)(A) and (B) failure to waive.

Plaintiff cites Robinson v America's Best Contacts and Eyeglasses, 876 F.2d 596 (CA7 1989), which involved the Clerk requirements to issue the summons " forthwith " upon the filing of the complaint.

Here the Plaintiff seeks a Preliminary Injunctive relief pursuant to 42 U.S.C. §3613, Shapior v Cadman Towers, Inc. E.D.N.Y., 844 F Supp. 116.,A.P.F. 51 F3d 328, 148 A.L.R. Fed 709 (1994), in that a continuous discrimination by present Management exist by " sixty-day notice of termination of tneancy " dated 03/04/08., signed Sarita Rivers.

Plaintiff cites <u>Puett</u> v <u>Blandford</u>, 912 F.2d 270 (1990), in that a pro se Plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaiant, and to rely on the Court Clerk to perform the duties required under <u>28 U.S.C. §1915(c)</u> and <u>Rule 4</u> of the Federal Rules of Civil Procedure.

Respectfully submitted,

_[signature]_

Plaintiff, in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

03/07/08
date