FILED
08 APR 15 PM 3: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, CA.  92105
3  (619) 993-7811

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff in pro se,<br><br>vs<br><br>Thomas Hoban<br>Hoban Management Inc.<br>215 West Lexington<br>El Cajon, CA.  92020<br><br>Defendant(s) et. al. | Case No:  08-CV-0364 H CAB<br><br>Judge:  Honorable Marilyn Huff<br><br>File Date :  02/26/08<br><br>REQUEST<br>~~MOTION~~ FOR LODGMENT OF THE DEFENDANT'S " WAIVER OF SERVICE OF SUMMONS ". RULE 4 (d)(1)&(2) |

TO THIS HONORABLE COURT:

   NOW COMES  Plaintiff in pro se, and  Moves  this  Honorable Court to  Grant  this  Motion For Lodgment of Defendant's " Signed and dated Waiver of Service of summons "  in that Defendant's had a duty Under Rule 4 of the Federal Rules of Civil Procedure (d)(1) &(2), to avoid unnecessary expenses and have honored that Court Rule by returning said " signed waiver".

THEREFORE, Plaintiff, <u>Karal Hasani Efia Battle-El</u>, in pro se, Moves this Honorable Court to Grant said <u>Motion for Lodment</u> of the Defendant's " <u>waiver of service of summons</u> and grant such order as this action may proceed forward as required by this Court.

The Defendants' <u>waiver of service of summons</u> is attached hereto as exhibit (1). That the Plaintiff notes it is not signed by Defendant, but by <u>Property Manager Cathy Ketchum</u>, whom <u>may not</u> be authorized to except "<u>waiver of service of summons</u> " and in that event the Plaintiff had requested the Court to <u>effect service</u> in light of the continued cause of action, by: <u>motion to effect service</u> filed before Defendants' receipt of said <u>waiver of service of summons</u>.

Respectfully submitted,

/s/ Karal Hasani Efia Battle-El
Plaintiff, in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

04/11/08
date