```
FILED
08 APR 15 PM 3:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY
```

1  Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
2  San Diego, CA.  92105
   (619) 993-7811
3

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA.  92105<br><br>Plaintiff in pro se<br><br>vs<br><br>Thomas Hoban<br>Hoban Management Inc.<br>215 West Lexington<br>El Cajon, CA.  92020<br><br>Defendnat(s) et. a l. | Case No. 08-CV-0364 H CAB<br><br>Judge: Honorable Marilyn Huff<br><br>File Date: 02/26/08<br><br>NOTICE OF REQUEST, MOTION FOR LODGMENT OF THE DEFENDANTS "WAIVER OF SERVICE OF SUMMONS " RULE 4 (d)(1)&(2) AND MEMORANDUM OF POINTS OF AUTHORITIES. |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE, The above entitled cause should be heard by said Court or as soon as thereafter as the Court deems just the following Motion for Court to Lodge Defendants' "Waiver of Service of Summons ".

Respectfully submitted.

_____                    _____
Karal Hasani Efia Battle-El                        date

PROOF OF SERVICE BY CERTIFIED MAIL

RETURN RECEIPT REQUESTED

1. I am over _18_ years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Diego.

3. On _04/14/08_ I mailed from the United States Post Office located in San Diego, California, at _4193 UNIVERSITY AVE_ by certified mail return receipt requested No. _NONE / BY U.S. MAIL_ copies of the following documents: _NOTICE OF MOTION, MOTION FOR LODGMENT OF DEFENDANTS' "WAIVER OF SERVICE OF SUMMONS, RULE 4 (d)(1) & (2) AND MEMORANDUM OF POINTS OF AUTHORITIES._

4. The documents that are listed are attached to this Proof of Service by ~~Certified Mail Return Receipt Requested~~ _U.S. MAIL_. TO:
_THOMAS HOBAN_
_215 WEST LEXINGTON_
_EL CAJON, CA 92020_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BEFIEF.

Date: _04/14/08_

Sign/Print: _Michelle Williams_

Name: _Michelle Williams_
Addr: _2935 Euclid Ave #22_
_San Diego, CA 92105_
Phone: _(619) 209-9757_
Work: _(619) 282-1885_