

1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, CA. 92105
3  (619) 993-7811

4

5

6

7

8
                UNITED STATES DISTRICT COURT
9
                SOUTHERN DISTRICT OF CALIFORNIA
10

11

12 Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22                Case No.  08-CV-0364 H CAB
13 San Diego, CA. 92105
                                       Judge: Honorable Marilyn Huff
14     Plaintiff in pro se
                                       File Date:  02/26/08
15            vs

16 Thomas Hoban
   Hoban Management Inc.               MEMORANDUM OF POINTS OF
17 215 West Lexington                        AUTHORITIES
   El Cajon, CA.   92020
18
       Defenant(s) et. al.
19

20 TO THIS HONORABLE COURT:

21     Defendants are abiding by the  Federal Rules of Civil

22 Procedure, Rule 4 (d)(1) and (2), by signing and dating and

23 returning  said "Waiver of Service of Summons ".

24

25 Respectfully submitted,

26 Karal Hasani Efia Battle-El

## WAIVER OF SERVICE OF SUMMONS

TO:   Karal Hasani Efia Battle-El
      2985 Euclid Ave. #22
      San Diego, Ca.        92105

    I, acknowledge receipt of your request that I waive service of a summons in the action of _Civil_ Complaint which is case No. _08-CV-0364 H CAB_ in the United States District Court for the Southern District of California. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within _60_ days after

_03/14/08_
(date request was sent)

_4-8-08_
(date)

duty to avoid unnecessary
costs of service of summons
Rule 4 Federal Rules of
Civil Procedure...

_Cathy Ketchum_
(signature)
_Cathy Ketchum_
Printed/typed name:

As _Property Mgr._  _Hoban MGM_
(Title)   of  Corporate Def.)