# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>THOMAS HOBAN; HOBAN MANAGEMENT, INC.,<br><br>　　　　　　　Defendants. | CASE NO. 08-CV-0364 H (CAB)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SERVICE OF SUMMONS BY UNITED STATES MARSHALS**<br><br>[Doc. No. |

　　　On April 9, 2008, Plaintiff filed a motion for the Court to effect service of summons by the United States Marshals. (Doc. No. 4.) On April 15, 2008, Plaintiff indicated that defendants have waived service of summons. (See Doc. Nos. 6-8.) Accordingly, the Court denies as moot Plaintiff's motion for service of summons by the United States Marshals.

IT IS SO ORDERED.

DATED: April 17, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT