Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendants Thomas Hoban and Hoban Management, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL, an individual<br>               Plaintiff,<br>v.<br>THOMAS HOBAN; HOBAN MANAGEMENT, INC.<br>               Defendants. | CASE NO.: 08 CV0364 H CAB<br><br>ANSWER TO PLAINTIFF'S COMPLAINT |

Defendants Thomas Hoban and Hoban Management, Inc. (collectively referred to as "Defendant"), respectfully answer Plaintiff's Civil Complaint and Complaint for Injunctive Relief Under 42 U.S.C. & 1983 U.S.C 245, and 42 U.S.C. 2000 Et. Seq. (referred to herein as "Complaint") as follows:

I.

**SUMMARY**

1.    Defendant has no information or belief regarding the allegations the first paragraph of the Complaint, with the exception of store location, and basing its denial on that ground, denies each and every allegation of the first paragraph.

/////

/////

2.     Defendant has no information or belief regarding the allegations of the second paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the second paragraph.

3.     Defendant has no information or belief regarding the allegations of the third paragraph of the Complaint, including the cited paragraphs 1-4 of a letter mailed by Plaintiff, and basing its denial on that ground, denies each and every allegation of the third paragraph, including the cited paragraphs 1-4 of a letter mailed by Plaintiff..

4.     Defendant admits that it sent a letter regarding an increase in rent. Except as admitted, Defendant has no information or belief regarding the remaining allegations of the fourth paragraph of the Complaint, and basing its denial on that ground, denies each and every remaining allegation of the fourth paragraph.

5.     Defendant has no information or belief regarding the allegations of the fifth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the fifth paragraph.

6.     Defendant has no information or belief regarding the allegations of sixth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the sixth paragraph.

7.     Defendant has no information or belief regarding the allegations of the seventh paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the seventh paragraph.

8.     Defendant admits that it sent a notice regarding the payment of rent. Except as admitted, Defendant has no information or belief regarding the remaining allegations of the eighth paragraph of the Complaint, and basing its denial on that ground, denies each and every remaining allegation of the eighth paragraph.

9.     Defendant has no information or belief regarding the allegations of the ninth

/////

/////

paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the ninth paragraph.

10. Defendant admits that there was a notice regarding a new manager. Except as admitted, Defendant has no information or belief regarding the remaining allegations of the tenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the tenth paragraph.

11. Defendant has no information or belief regarding the allegations of the eleventh paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the eleventh paragraph.

12. Defendant has no information or belief regarding the allegations of the twelfth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twelfth paragraph.

13. Defendant has no information or belief regarding the allegations of the thirteenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the thirteenth paragraph.

14. Defendant has no information or belief regarding the allegations of the fourteenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the fourteenth paragraph.

15. Defendant has no information or belief regarding the allegations of the fifteenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the fifteenth paragraph.

16. Defendant has no information or belief regarding the allegations of the sixteenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the sixteenth paragraph.

17. Defendant has no information or belief regarding the allegations of the seventeenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the seventeenth paragraph.

18. Defendant has no information or belief regarding the allegations of the eighteenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the eighteenth paragraph.

19. Defendant has no information or belief regarding the allegations of nineteenth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the nineteenth paragraph.

20. Defendant has no information or belief regarding the allegations of the twentieth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twentieth paragraph.

21. Defendant admits that there was a letter. Except as admitted, Defendant has no information or belief regarding the remaining allegations of the twenty-first paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twenty-first paragraph.

22. Defendant has no information or belief regarding the allegations of the twenty-second paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twenty-second paragraph.

23. Defendant believes there was a notice. Except as to that belief, Defendant has no information or belief regarding the remaining allegations of the twenty-third paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twenty-third paragraph.

**INJUNCTION RELIEF**

24. Defendant has no information or belief regarding the allegations of the twenty-fourth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twenty-fourth paragraph.

25. Defendant has no information or belief regarding the allegations of the twenty-fifth paragraph of the Complaint and basing its denial on that ground, denies each and every allegation of the twenty-fifth paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

26. Defendant, for a separate and first affirmative defense alleges that Plaintiff has failed to state a cause of action against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

27. Defendant, for a separate and second affirmative defense, is informed and believes and thereon alleges that Plaintiff cannot state facts sufficient to constitute any cause of action against it.

### THIRD AFFIRMATIVE DEFENSE

28. Defendant, for a separate and third affirmative defense, is informed and believes and thereon alleges that Plaintiff has waived some or all of the claims set forth in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

29. Defendant, for a separate and fourth affirmative defense, is informed and believes and thereon alleges that any damages alleged to have been sustained by Plaintiff were actually and proximately caused by the actions of persons other than this Defendant.

### FIFTH AFFIRMATIVE DEFENSE

30. Defendant, for a separate and fifth affirmative defense, is informed and believes and thereon alleges that it is entitled to indemnity and contribution from those presently unknown individuals or entities responsible for any alleged damages complained of by Plaintiff.

### SIXTH AFFIRMATIVE DEFENSE

31. Defendant, for a separate and sixth affirmative defense, is informed and believes and thereon alleges that Plaintiff, by his actions and inactions, is barred by laches from the pursuit of this action.

### SEVENTH AFFIRMATIVE DEFENSE

32. Defendant, for a separate and seventh affirmative defense, is informed and believes and thereon alleges that Plaintiff has failed to state facts sufficient to constitute a cause of action or a claim for compensatory damages.

**EIGHTH AFFIRMATIVE DEFENSE**

33. Defendant, for a separate and eighth affirmative defense, is informed and believes and thereon alleges that Defendant has acted at all times in good faith and without discrimination towards Plaintiff.

**NINTH AFFIRMATIVE DEFENSE**

34. Defendant, for a separate and ninth affirmative defense, is informed and believes and thereon alleges that Plaintiff's damages, if any, were directly and proximately caused by his own negligence.

**TENTH AFFIRMATIVE DEFENSE**

35. Defendant, for a separate and tenth affirmative defense, is informed and believes and thereon alleges that Plaintiff failed to take such action as was necessary, reasonable and proper in this case, and failed to prevent or minimize his alleged damages, if any.

**ELEVENTH AFFIRMATIVE DEFENSE**

36. Defendant, for a separate and eleventh affirmative defense, is informed and believes and thereon alleges that Plaintiff has failed to state facts or legal claims sufficient to form the basis for an award of attorneys' fees in favor of Plaintiff.

**TWELFTH AFFIRMATIVE DEFENSE**

37. Defendant, for a separate and twelfth affirmative defense, is informed and believes and thereon alleges that Plaintiff, through his own conduct, has failed to prevent or mitigate his alleged damages, if any.

**THIRTEENTH AFFIRMATIVE DEFENSE**

38. Defendant, for a separate and thirteenth affirmative defense, is informed and believes and thereon alleges that Plaintiff has sustained no loss or damages as a result of the conduct of the Defendant.

**FOURTEENTH AFFIRMATIVE DEFENSE**

39. Defendant, for a separate and fourteenth affirmative defense, is informed and believes and thereon alleges that the Complaint and each purported Cause of Action contained therein is barred because the damages, if any, were caused by an act of negligence, intentional conduct or

omissions of third persons for whom Defendant bear no responsibility.

### FIFTEENTH AFFIRMATIVE DEFENSE

40. Defendant, for a separate and fifteenth affirmative defense, is informed and believes and thereon alleges, that without admitting the allegations of the complaint, that if they are subjected to any liability to the Plaintiff herein, it will be due, in whole or in part, to the conduct and negligence and activities of other known and unknown persons; wherefore, any recovery obtained by the Plaintiff against this answering Defendant should be reduced according to the law of comparative liability.

### SIXTEENTH AFFIRMATIVE DEFENSE

41. Defendant for a separate and sixteenth affirmative defense is informed and believes and thereon alleges that Plaintiff cannot state facts sufficient for a claim for negligence, including facts establishing a duty to Plaintiff.

### SEVENTEENTH AFFIRMATIVE DEFENSE

42. Defendant, for a separate and seventeenth affirmative defense, is informed and believes and thereon alleges that Plaintiff's action is barred under the applicable statutes of limitations, including, but not limited to, California Code of Civil Procedure Sections 336, 336a, 337, 337a, 337.1, 337.15, 337.2, 338, 339, 339.5, 340, 340.1, 340.2, 340.3, 340.5, 340.6, 3434, 346 and 347.

### EIGHTEENTH AFFIRMATIVE DEFENSE

43. Defendant, for a separate and eighteenth affirmative defense, is informed and believes and thereon alleges that Plaintiff is estopped to assert a claim because of his actions and inactions.

### NINETEENTH AFFIRMATIVE DEFENSE

44. Defendant, for a separate and nineteenth affirmative defense, is informed and believes and thereon alleges that Plaintiff has unclean hands, and any recovery should be barred.

### TWENTIETH AFFIRMATIVE DEFENSE

45. Defendant for a separate and twentieth affirmative defense, is informed and believes and thereon alleges that any action or failure of action on Defendant's part as alleged in the complaint was done in good faith, with a reasonable belief and probable cause under the

circumstances, and based on legitimate, nondiscriminatory business reasons.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

46. Defendant for a separate and twenty-first affirmative defense is informed and believes, and thereon alleges that Defendants actions with respect to and in response to the allegations contained in plaintiff's complaint were undertaken in good faith, with the absence of any malicious intent to injure plaintiff, and constitute lawful, proper and justified means to further Defendants business purposes, including engaging in and continuing its business, barring plaintiff from any recovery.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

47. Defendant for a separate and twenty-second affirmative defense is informed and believes, and thereon alleges that there was no discriminatory or retaliatory motive by Defendants with respect to any of the allegations contained in plaintiff's complaint.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

48. Defendant for a separate and twenty-third affirmative defense is informed and believes, and thereon alleges that to the extent any acts complained of by plaintiff occurred by way of discrimination, retaliation or otherwise, as alleged in the complaint, they were not directed at plaintiff. Further, Defendant did not authorize or ratify any such alleged unlawful conduct.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

48. Defendant, for a separate and twenty-fourth affirmative defense, is informed and believes and thereon alleges that they presently have insufficient knowledge or belief as to whether they may have additional affirmative defenses available. Defendant reserve the right to assert any additional defenses in the event that discovery indicates that it would be appropriate.

WHEREFORE, as to each and every cause of action, these answering Defendant demand judgment against Plaintiff as follows:

1. That Plaintiff takes nothing by way of his complaint and the complaint be dismissed against Defendant with prejudice;

2. For Defendant's costs incurred herein;

3. For Defendant's attorneys fees; and

   4.  For any further relief that the Court may deem necessary.

Dated: May 14, 2008    HEINZ & FEINBERG

             /s/ *Jean M. Heinz*

             _____
             Jean M. Heinz, Attorneys for Defendants Thomas Hoban and Hoban Management, Inc.

*Battle-El v. Hoban, et al.* 08-cv0364 H CAB
Defendants Answer to Complaint   9