**PROOF OF SERVICE**

**Karal Hasani Efia Battle El v. Thomas Hoban, et al**
**Case No.: 08-CV0364 H CAB**

The undersigned declares:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, not a party to this action, and am employed in the County of San Diego, California, in which County the within mentioned mailing occurred. My business address is 707 Broadway, Suite 1800, San Diego, California. I served the following document(s):

**Answer to Plaintiff's Complaint**

by serving on the addressees listed below as follows:

**Karal Hasani Efia Battle El**
**2985 Euclid Avenue, #22**
**San Diego, CA 92105**
**(619) 993-7811**

**(BY MAIL IN THE ORDINARY COURSE OF BUSINESS)**

_____    I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. That the mail would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that upon motion of the party served service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in the Declaration.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on  May 14, 2008,  at San Diego, California.

_____
Marlena Vaughn

−1−