# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
*Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE ~~Huff~~ Bencivengo

FROM: C Puttmann, Deputy Clerk     RECEIVED DATE: 6/25/2008

CASE NO.: 08cv364 H CAB     DOCUMENT FILED BY: Plaintiff

CASE TITLE: Battle-El v. Hoban Management, Incorporated et al

DOCUMENT ENTITLED: Plaintiff's Early Neutral Evaluation Conference Settlement Request

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Document does not contain a proof of service |

Date forwarded: 6/26/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

doc is a confidential ENE statement

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

Submitted directly to chambers

☑ The document is NOT to be filed, but instead ~~REJECTED~~. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.     Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **CATHY ANN BENCIVENGO U.S. MAGISTRATE JUDGE**

Dated: For 7-3-08     By: AST

cc: All Parties