Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

FILED
2008 AUG 13 PM 4:10
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Attorneys for Defendants Thomas Hoban and Hoban Management, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

KARAL HASANI EFIA BATTLE-EL, an individual
    Plaintiff,

v.

THOMAS HOBAN; HOBAN MANAGEMENT, INC.
    Defendants.

CASE NO.: 08 CV0364 H CAB

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action either individually or by and through their counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)

Dated: July 29, 2008

_____
Karal Hasani Efia Battle-El, Plaintiff

Dated: July 29, 2008

_____
Thomas Hoban, Defendant

HOBAN MANAGEMENT, INC., Defendant

_____
By: Thomas Hoban
Its: President

HEINZ & FEINBERG

_____
Jean M. Heinz, Attorneys for Defendants

IT IS SO ORDERED.
DATED 8-18-08

_____
UNITED STATES DISTRICT JUDGE

Battle-El v. Thomas Hoban
Case No. 08-CV0364

1

